

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 3:19-CR-**054** |
| v. | ) | |
| | ) | Count One: |
| ARTHUR E. WRIGHT, | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by Felon |
| Defendant. | ) | |
| | ) | Forfeiture Allegation |

## INDICTMENT

MARCH 2019 TERM - At Richmond

The Grand Jury charges that:

## COUNT ONE
. (Possession of Firearm by Felon)

On or about August 17, 2018, in the Eastern District of Virginia and within the

jurisdiction of this Court, the defendant, ARTHUR E. WRIGHT, having previously been

convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly

and unlawfully possess a firearm, to wit: a Glock semi-automatic handgun, serial number

KED271, in and affecting interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2 Fed. R. Crim. P., the defendant is hereby notified that upon

conviction of the offense alleged in Count One of this Indictment, he shall forfeit any firearms or

ammunition involved in or used in any knowing violation of the offense charged in Count One.

Property subject to forfeiture includes, but is not limited to:

**A Glock semi-automatic handgun, serial number KED271; and**

**all accompanying ammunition.**

(In accordance with Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c)).

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

A TRUE BILL

FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _Heather Hart Mansfield_
Heather Hart Mansfield
Assistant United States Attorney

2